JOHN T. BELL, SBN 209941
LAW OFFICES OF JOHN T. BELL
610-16th Street, Suite 421
Oakland, California 94612
Telephone: 510-444-4638
Facsimile: 510-444-4019

Attorney for Plaintiff Semetri Carr

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEMETRI CARR,<br><br>   Plaintiff,<br>vs.<br><br>HEATHER FONG, individually and in her official capacity as Chief of Police, JAMES M. WINTERS, and DOES 1-100, inclusive, individually and in their official capacities as police officers for the City of SAN FRANCISCO POLICE DEPARTMENT, SAN FRANCISCO POLICE DEPARTMENT, AND THE CITY OF SAN FRANCISCO<br><br>   Defendants. | CASE NO.: C 06-03872 CRB<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), plaintiff voluntarily dismisses the above-captioned action without prejudice.

DATED: September 9, 2006            LAW OFFICES OF JOHN T. BELL

IT IS SO ORDERED

_/s/ Charles R. Breyer_                  _/s/ John T. Bell_
CHARLES R. BREYER                JOHN T. BELL, Attorney for Plaintiff Semetri Carr
UNITED STATES DISTRICT JUDGE
September 13, 2006
DATE

---

NOTICE OF VOLUNTARY DISMISSAL (C 06-0387 CRB)